```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   LIVE BRANDS HOLDINGS, LLC,

                                Plaintiff,      1:20-cv-01213-GHW

               -against-                 ORDER

   GASTRONOMICO GRACIAS A DIOS,
   SOCIEDAD RESPONSABILIDAD
   LIMITADA de CAPITAL VARIABLE;
   XAIME NIEMBRO ALVAREZ;
   PABLO LOPEZ VARGAS;
   JOSE ENRIQUE JIMENEZ BARCENAS;
   and OSCAR HERNANDEZ SANTIAGO,

                            Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On September 15, 2020, Plaintiffs requested that the Court adjourn the initial pretrial conference scheduled for September 22, 2020. Dkt. No. 25. That application is granted. The initial pretrial conference is adjourned to December 29, 2020 at 11:00 a.m. The materials described in the Court's February 19, 2020 order, Dkt. No. 18, are due by no later than December 22, 2020.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

      SO ORDERED.

Dated: September 16, 2020
New York, New York

                                                   GREGORY H. WOODS
                                             United States District Judge