```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LIVE BRANDS HOLDINGS, LLC,                                             :
                                                                       :
                              Plaintiff,                               :
                                                                       :         20-CV-1213 (JPC)
              -v-                                                      :
                                                                       :              ORDER
GASTRONOMICO GRACIAS A DIOS, SOCIEDAD                                  :
RESPONSABILIDAD  LIMITADA  DE  CAPITAL                                 :
VARIABLE et al.,                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020

JOHN P. CRONAN, United States District Judge:

On November 12, 2020, Plaintiff filed a motion for judicial assistance in effecting service under the Hague Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters. (Dkt. 28.) Plaintiff claimed that the Mexican Central Authority rejected its request for service on Defendants and instead told Plaintiff that the Court must send the necessary documents to the Central Authority. *Id.* at 3. The Court denied that motion without prejudice on December 7, 2020. (Dkt. 29.) On December 15, 2020, Plaintiff filed a new motion for judicial assistance in effecting service. (Dkts. 30, 31.)

By letter dated December 17, 2020, Plaintiff informed the Court that the Mexican Central Authority "has accepted delivery of [Plaintiff's]] service request." (Dkt. 32 at 1.) Plaintiff claims that this development moots Plaintiff's request for judicial assistance in effecting service, *id.*, and the Court agrees.

The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 30 and 31.

SO ORDERED.

Dated: December 17, 2020
     New York, New York

                                JOHN P. CRONAN
                           United States District Judge

2