UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                          :

LIVE BRANDS HOLDINGS, LLC,                       :

                               Plaintiff,                :
                                                    :         20-CV-1213 (JPC)
                -v-                                  :
                                                    :              ORDER

GASTRONOMICO GRACIAS A DIOS, SOCIEDAD :
RESPONSABILIDAD LIMITADA DE CAPITAL :
VARIABLE *et al*.,                                            :
                                                    :
                              Defendants.               :
                                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The pretrial conference scheduled for January 7, 2021 at 10:00 a.m. is adjourned *sine die*. Plaintiff shall file a letter updating the Court on the status of service on Defendants on April 1, 2021 and every three months thereafter.

       The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 34.

       SO ORDERED.

Dated: December 28, 2020                      _____
      New York, New York                           JOHN P. CRONAN
                                                    United States District Judge