

Please reply to:
P.O. Box 1102
Tampa, FL 33601-1102
Direct Line: (813) 227-7456
Fax: (813) 229-6553
jgoldsmith@trenam.com

July 6, 2021

**Via ECF
and Email:** CronanNYSDChambers@nysd.uscourts.gov

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    **Re:**    **Case No. 20-CV-1213**
            **Live Brands Holdings, LLC v. Gastronomico Gracias a Dios, Sociedad Responsabilidad Limitada de Capital Variable; Xaime Niembro Alvarez; Pablo Lopez Vargas; Jose Enrique Jimenez Barcenas; and Oscar Hernandez Santiago**
            **Our File No.: 20-1282**

Dear Judge Cronan:

    I represent the Plaintiff, Live Brands Holdings, LLC, in the referenced case. In compliance with this Court's Order (Dkt. 35) dated December 28, 2020, I provide the following status of the service of process on the defendants:

    Under the Hague Service Convention, each contracting state is required to designate a central authority to accept incoming requests for service. A judicial officer who is competent to serve process in the state of origin is permitted to send a request for service directly to the central authority of the state where service is to be made. Upon receiving the request, the central authority in the receiving state arranges for service in a manner permitted within the receiving state, typically through a local court. Once service is effected, the central authority sends a certificate of service to the judicial officer who made the request. The following is a link to the Full text of the Convention.

    Mr. Eduardo Dueñes Arias, counsel retained by the Plaintiff in Mexico, advises that the central authority in Mexico accepted the request for service of process on December 16, 2020. A copy of this acceptance has been provided to me. As of the date of this letter, the central authority in Mexico has not sent a certificate of service to the

TAMPA
Tel: 813.223.7474
Fax: 813.229.6553

101 E. KENNEDY BOULEVARD
SUITE 2700
TAMPA, FL 33602

WWW.TRENAM.COM

ST. PETERSBURG
Tel: 727.896.7171
Fax: 727.820.0835

200 CENTRAL AVENUE
SUITE 1600
ST. PETERSBURG, FL 33701

Hon. John P. Cronan
July 6, 2021
Page 2

---

undersigned counsel, certifying that service has been effected on any of the defendants. Plaintiff, however, may move for a default against the defendants upon the expiration of six months after the transmission of the service request to the Mexican central authority pursuant to Article 15 of the Hague Convention. See, e.g., *Vallourec Tubos do Brasil S.A. v. PDVSA Services, Inc.*, 2018 WL 6928292, at *1 (S.D. Tex. Dec. 10, 2018), report and recommendation adopted, 2019 WL 93387 (S.D. Tex. Jan. 3, 2019).  Plaintiff will file a motion seeking a default within the next ten days due to the failure of defendants to file an answer.

Once again, on behalf of the Plaintiff, I appreciate the Court's patience. Please do not hesitate to contact me with questions or concerns.

Respectfully,

John D. Goldsmith

/JDG

