```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LIVE BRANDS HOLDINGS, LLC,                                             :
                                                                       :
                              Plaintiff,                               :
                                                                       :            20-CV-1213 (JPC)
                 -v-                                                   :
                                                                       :                ORDER
GASTRONOMICO GRACIAS A DIOS, SOCIEDAD                                  :
RESPONSABILIDAD LIMITADA DE CAPITAL                                    :
VARIABLE et al.,                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 6, 2021, Plaintiff said that it would "file a motion seeking a default within the next ten days due to the failure of defendants to file an answer." Dkt. 37 at 2. Plaintiff has still not moved for a default judgment. By December 3, 2021, Plaintiff shall file a letter updating the Court on the status of this case.

SO ORDERED.

Dated: November 27, 2021
       New York, New York
                                        _____
                                                  JOHN P. CRONAN
                                              United States District Judge