## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE BRANDS HOLDINGS, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>GASTRONOMICO GRACIAS A DIOS, SOCIEDAD RESPONSABILIDAD LIMITADA de CAPITAL VARIABLE; XAIME NIEMBRO ALVAREZ; PABLO LOPEZ VARGAS; JOSE ENRIQUE JIMENEZ BARCENAS; and OSCAR HERNANDEZ SANTIAGO,<br><br>  Defendants. | Case No. 1:20-cv-1213 (JPC) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated April 15, 2022, Defendants move this Court, before the Honorable John P. Cronan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: April 15, 2022

                Respectfully submitted,

                LAW OFFICE OF DAVID TENNANT PLLC

                <u>s/ David H. Tennant</u>
                David H. Tennant
                3349 Monroe Avenue, Suite 345
                Rochester, NY 14618
                585-281-6682
                david.tennant@appellatezealot.com