UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

LIVE BRANDS HOLDINGS, LLC,                :

            Plaintiff,      :

       :         20 Civ. 1213 (JPC)

    -v-       :

       :         ORDER

GASTRONOMICO GRACIAS A DIOS, SOCIEDAD :
RESPONSABILIDAD LIMITADA DE CAPITAL :
VARIABLE, *et al*.,       :

            Defendants.   :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 19, 2022 the Court stayed discovery in this case until the earlier of March 20, 2023 or the date on which the Court resolved Defendants' motion to dismiss.  Minute Entry for December 19, 2022.  The Court granted in part and denied in part Defendants' motion on February 3, 2023, and granted Plaintiff thirty days to amend its Amended Complaint.  Dkt. 73.  The parties shall file a status update by February 17, 2023, advising the Court of the status of discovery and providing a proposed schedule for the remainder of discovery.

    SO ORDERED.

Dated: February 10, 2023
     New York, New York

                        JOHN P. CRONAN
                  United States District Judge