```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LIVE BRANDS HOLDINGS, LLC,                                             :
                                                                       :
                               Plaintiff,                              :
                                                                       :        20 Civ. 1213 (JPC)
                -v-                                                    :
                                                                       :             ORDER
GASTRONOMICO GRACIAS A DIOS, SOCIEDAD                                  :
RESPONSABILIDAD LIMITADA DE CAPITAL                                    :
VARIABLE, et al.,                                                      :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Per the Court's Order dated February 21, 2023, all discovery was to be completed in this case by July 1, 2023. Dkt. 80. The deadline to file any dispositive motion after discovery was July 15, 2023. The parties shall file a status update by July 24, 2023.

SO ORDERED.

Dated: July 17, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge