

Please reply to:
P.O. Box 1102
Tampa, FL 33601-1102
Direct Line: (813) 227-7456
Fax:  (813) 229-6553
jgoldsmith@trenam.com

July 24, 2023

**Via ECF
and Email:** CronanNYSDChambers@nysd.uscourts.gov

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    **Case No. 20-CV-1213
Live Brands Holdings, LLC v. Gastronomico Gracias a Dios, Sociedad Responsabilidad Limitada de Capital Variable; Xaime Niembro Alvarez; Pablo Lopez Vargas; Jose Enrique Jimenez Barcenas; and Oscar Hernandez Santiago
Our File No.: 20-1282**

Dear Judge Cronan:

      This is a status update provided on behalf of both parties pursuant to this Court's Order (Dkt. 84) directing the parties to provide a status (Order).  As the Court noted in its Order, both the time period to complete discovery and the time period to file dispositive motions have passed, without either party filing a dispositive motion.  Further, the parties attempted to resolve the matter through mediation in May 2023 but the mediation resulted in an impasse.

      Based on the above, this case is ready to be set for a jury trial.  The parties expect the case will take five days to try the case.  Counsel for Plaintiff is on a federal trial docket in September in the Middle District of Florida which is expected to take three to four weeks to try (*State Farm Mutual Automobile Insurance Company, et. al. v. Michael Thomas LaRocca, D.C., et al.*, Case No. 8:21-cv-02536-SCB AEP).  As such, Plaintiff respectfully requests this case be set for trial on a date after October 9, 2023.  Defense counsel is unavailable in October.  Both Plaintiff's and Defendants' counsel are available for trial in November.

**TAMPA**
Tel: 813.223.7474
Fax: 813.229.6553

101 E. KENNEDY BOULEVARD
SUITE 2700
TAMPA, FL 33602

WWW.TRENAM.COM

**ST. PETERSBURG**
Tel: 727.896.7171
Fax: 727.820.0835

200 CENTRAL AVENUE
SUITE 1600
ST. PETERSBURG, FL 33701

Hon. John P. Cronan
July 24, 2023
Page 2

---

      The parties are also available for a case management conference with the Court in order to set this case for trial.

      Please let us know if we can provide additional information.

                            Respectfully submitted

                            John D. Goldsmith
                            Counsel for Plaintiffs

                            And

                            /s/ David Tennant
                            David Tennant,
                            Counsel for Defendants

/jdg

