UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LIVE BRANDS HOLDINGS, LLC,                                             :
:
Plaintiff,                              :
:           20 Civ. 1213 (JPC)
-v-                                         :
:                ORDER
GASTRONOMICO GRACIAS A DIOS, SOCIEDAD                                  :
RESPONSABILIDAD LIMITADA DE CAPITAL                                    :
VARIABLE, *et al.*,                                                    :
:
Defendants.                             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The conference scheduled for August 1, 2023 is adjourned until August 21, 2023 at 10:00 a.m.

SO ORDERED.

Dated: July 28, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge