UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE BRANDS HOLDINGS, LLC,<br><br>        Plaintiffs,<br><br>-against-<br><br>GASTRONOMICO GRACIAS A DIOS, et al.,<br><br>        Defendant. | 20-cv-1213 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court hereby reschedules the case management conference currently scheduled for August 21, 2023 at 10 a.m., to **August 21, 2023, at 2 p.m.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 315 152 229, followed by the pound (#) sign. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel.

  SO ORDERED.

Dated: August 15, 2023
   New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge