UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE BRANDS HOLDINGS, LLC, <br><br>                       Plaintiff, <br><br> -against- <br><br> GASTRONOMICO GRACIAS A DIOS, SOCIEDAD RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, et al., <br><br>                       Defendants. | 20-CV-1213 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is HEREBY ORDERED that the trial scheduled to begin November 13, 2023, at 9 AM is adjourned to **January 8, 2024, at 9 AM**. The pretrial deadlines set out in the Court's August 22, 2023 Order, ECF 93, are amended as follows:

- All submissions required under Paragraphs 10.A, 10.B, 10.C, and 10.D of the Court's Individual Practices for Civil Cases are now due **December 4, 2023, at 5 PM**.

- All submissions required under Paragraph 10.F of the Court's Individual Practices for Civil Cases are now due **December 15, 2023, at 5 PM**.

- The final pretrial conference scheduled for November 6, 2023, at 10:30 AM will now take place on **January 3, 2024 at 10:30 AM.**

SO ORDERED.

Dated: September 18, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge