UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE BRANDS HOLDINGS, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> GASTRONOMICO GRACIAS A DIOS, SOCIEDAD RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, et al., <br><br> Defendants. | 20-CV-01213 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The final pretrial conference scheduled for January 3, 2024, at 10:30 AM, will now take place on **January 4, 2024, at 10:30 AM**. The conference will take place in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: December 13, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge