UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE BRANDS HOLDINGS, LLC,<br><br>        Plaintiff,<br><br> -against-<br><br>GASTRONOMICO GRACIAS A DIOS, SOCIEDAD RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, et al.,<br><br>        Defendants. | 20-CV-1213 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated on the record at the December 21, 2023 hearing, the Court GRANTS in part and DENIES in part defendants' motion *in limine*. The Court further GRANTS in part and DENIES in part plaintiff's motion *in limine*.

  At the hearing, the Court observed that the parties may want to submit authorities to the Court relevant to the individual defendants' liability on the contract claims. Plaintiff should send defendants its authorities by December 29, 2023, and the parties may file letters on ECF relating to this issue, not to exceed three pages, no later than **January 3, 2024, at 12:00 PM**.

  The Clerk of Court is directed to terminate the motions at ECF Nos. 107 and 109.

  SO ORDERED.

Dated: December 22, 2023
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge