# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE BRANDS HOLDINGS, LLC,<br><br>     Plaintiff,<br><br> -against-<br><br>GRUPO GASTRONÓMICO GRACIAS A DIOS S de RL de CV, XAIME NIEMBRO ALVAREZ, PABLO LOPEZ VARGAS, JOSE ENRIQUE JIMENEZ BARCENAS, and OSCAR HERNANDEZ SANTIAGO,<br><br>     Defendants. | Case No. 1:20-cv-1213 (AS) |

## STIPULATION OF FACTS FOR TRIAL

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record, that the following facts are deemed established.

- Defendant, Grupo Gastronómico Gracias a Dios, S de RL de CV is a corporation formed and existing under the laws of the country of Mexico with its principal place of business located in Mexico.

- Plaintiff, Live Brands Holdings, LLC is a limited liability company formed and existing under the laws of the state of Florida, with its principal place of business in Florida.

- GAD produces, and owns registered trademark rights in, certain brands of mezcal alcoholic spirits.

- On or about June 26, 2015, DSWS and GAD entered into an Import and Distribution Agreement pursuant to which DSWS would operate as GAD's importer and distributor.

- Under the Import and Distribution Agreement, DSWS was required to make payment to GAD for the products DSWS imported and distributed.

- DSWS and GAD entered into a Memorandum of Understanding ("MOU"), a true and correct copy of which bears the Bates stamp designation LIVE BRANDS 000018-25.

- No one at GAD was ever told whether GAD Spirits was formed.

- The "Definitive Agreements" described in the MOU were never finalized.

TRENAM LAW

/s/ *John D. Goldsmith*
By: John D. Goldsmith

John D. Goldsmith
Catherine M. DiPaolo
101 East Kennedy Blvd., Suite 2700
Tampa, FL  33602
Tel.: (813) 223-7474
jgoldsmith@trenam.com

*Counsel for Plaintiff*

LUPKIN PLLC

/s/ *Jonathan D. Lupkin*
By: Jonathan D. Lupkin

Jonathan D. Lupkin
Michael B. Smith
80 Broad Street, Suite 3103
New York, NY  10004
Tel.: (646) 367-2771
jlupkin@lupkinpllc.com
msmith@lupkinpllc.com

LAW OFFICE OF DAVID H. TENNANT

David H. Tennant
3349 Monroe Ave., Suite 345
Rochester, NY  14518
Tel.: (585) 281-6682
david.tennant@appellatezealot.com

*Counsel for Defendants*